DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-286-FDW

| | |
|---|---|
| BRANDON LEE GIFFORD, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| RICKY BOLTON BROWN, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on October 30, 2014. On November 13, 2014, the Clerk of this Court entered an Order requiring Plaintiff to submit an administrative remedies statement within twenty days. (Doc. No. 3). The Clerk warned Plaintiff that failure to submit an administrative remedies statement would result in dismissal of this action. Plaintiff has not submitted an administrative remedies statement.

**IT IS, THEREFORE, ORDERED that:**

(1) Plaintiff shall have fourteen days from service of this Order in which to submit an administrative remedies statement showing that he exhausted his administrative remedies before filing this action. If Plaintiff fails to respond to this order, this action will be dismissed without prejudice and without further notice to Plaintiff.

Frank D. Whitney
Chief United States District Judge