# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Brandon Lee Gifford, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00286-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles McDonald | ) | |
| Ricky Colton Brown | ) | |
| Henderson County Jail, | ) | |
| | ) | |
| Defendants. | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2015 Order.

June 22, 2015

_____

Frank G. Johns, Clerk
United States District Court